IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 3:05cr224-WHA |
| RONALD DEVOISE | ) | |

### **ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #25), entered on February 9, 2006, the Defendant having entered a guilty plea, and this case having been set for sentencing, the Recommendation is adopted, and it is hereby

ORDERED that Defendant's Motion to Suppress is DENIED.

DONE this 10th day of April, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE